JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NAVARRO, and individual, | Case No.: 2:23-cv-01251-SPG-PD |
| Plaintiff, | Hon. Sherilyn Peace Garnett |
| v. | **ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT AND VACATING PRETRIAL CONFERENCE, TRIAL AND RELATED DATES** |
| CIARA LEBAMOFF, an individual; ALEXIA LEBAMOFF, an individual; THOMAS LEBAMOFF, an individual; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Further to the parties' stipulation, the Court remands this case to the Los Angeles Superior Court for a bench trial, vacating pretrial conference, trial and related dates.

SO ORDERED.

Dated: March 5, 2024

_____
Hon. Sherilyn Peace Garnett